| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>JOSEPH D. PETROLINO, JR., ESQ. (JDP-6351)<br>MARIE-ANN GREENBERG, STANDING TRUSTEE<br>30 Two Bridges Road, Suite 330<br>Fairfield, NJ 07004<br>(973) 227-2840<br>Attorney for the Standing Trustee | **Order Filed on December 8, 2022<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey** |
| In Re:<br><br>MIGUEL A. HEREDIA-RIVERA | Case No.: 22-16088 VFP<br><br>Hearing Date: 11/17/22 |

## CONSENT ORDER RESOLVING CHAPTER 13 TRUSTEE'S MOTION AGAINST NON-ATTORNEY PETITION PREPARER PURSUANT TO 11 U.S.C. § 110

The relief set forth on the following pages, numbered (2) – (4) is hereby **ORDERED**.

**DATED: December 8, 2022**

_____
**Honorable Vincent F. Papalia
United States Bankruptcy Judge**

Debtor: Miguel A. Heredia-Rivera

Case No. 22-16088

Caption of Order: Consent Order Resolving Chapter 13 Trustee's Motion Against Non-Attorney Petition Preparer Pursuant to 11 U.S.C. § 110

---

THIS MATTER having come before the Court upon a Motion filed by the Chapter 13 Standing Trustee to Impose Fines Against Non-Attorney Petition Preparer GaranticeSuFuturo and Conrado Gonzalez Pursuant to 11 U.S.C. § 110; and a Certification in Opposition having been filed by GaranticeSuFuturo & Conrado Gonzalez; and no response or appearance having been made by Pro Se Debtor; and all interested parties having consented to the form and substance of the Order herein; and good and sufficient cause having been shown, it is hereby

ORDERED, that GaranticeSuFuturo & Conrado Gonzalez, whose business address is located at 3710 John F. Kennedy Boulevard, Union City, NJ 07087, shall provide a refund of $1,000.00 to each of the debtors in the following 6 cases:

- Cesar L. Hernandez, Case No. 21-16239 RG
- Grecia Milanes, Case No. 21-19869 SLM
- Ana Mileua Rodriguez, 22-12037 SLM
- Nelson Antonia Grullon, 22-12091 VFP
- Leonardo Polo, 22-16166 JKS
- Graciela Molina, 22-12036 CMG; and it is further

ORDERED, that GaranticeSuFuturo & Conrado Gonzalez shall pay over the total refund amount of $6,000.00 to Barry Miller, Esq., 1211 Liberty Ave., Hillside, NJ 07205

2

Debtor: Miguel A. Heredia-Rivera

Case No. 22-16088

Caption of Order: Consent Order Resolving Chapter 13 Trustee's Motion Against Non-Attorney Petition Preparer Pursuant to 11 U.S.C. § 110

---

no later than 12/31/22. This amount is to be deposited into his Attorney Trust Account. Within 7 days of the receipt of said funds, and no later than 1/9/23, Barry Miller, Esq. must file a statement with the Court, upon notice to the Chapter 13 Standing Trustee, indicating whether he has received said refund amount; and it is further

ORDERED, that Barry Miller, Esq. shall attempt to effectuate the stated refund to each of the debtors listed above. If Mr. Miller is unable to effectuate a refund for any reason, such as being unable to locate a debtor or a debtor not cashing the refund check, then Mr. Miller must send the refund amount to the Bankruptcy Court's Unclaimed Funds Registry; and it is further

ORDERED, that GaranticeSuFuturo & Conrado Gonzalez shall be enjoined from preparing and/or filing any further Bankruptcy Petitions and related documents in violation of 11 U.S.C. § 110. Specifically, every petition prepared by GaranticeSuFuturo or Conrado Gonzalez shall contain their signature, name, address, social security number and must set forth the amount of fees charged for their services; and it is further

ORDERED, that GaranticeSuFuturo & Conrado Gonzalez shall be enjoined from providing any legal advice or services; and it is further

ORDERED, that if GaranticeSuFuturo or Conrado Gonzalez fail to turnover the refund amount or violate any of the terms of this Consent Order, they will be subject to further fines and/or sanctions upon motion filed by the Chapter 13 Standing Trustee or any other party in interest, including but not limited to an injunction from performing any Bankruptcy Petition Preparer Services in the future; and it is further

Debtor: Miguel A. Heredia-Rivera

Case No. 22-16088

Caption of Order: Consent Order Resolving Chapter 13 Trustee's Motion Against Non-Attorney Petition Preparer Pursuant to 11 U.S.C. § 110

---

ORDERED, that notwithstanding the Dismissal or subsequent Closure of the underlying Chapter 13 Case, the Bankruptcy Court shall retain Jurisdiction to decide any matter relating to the interpretation and/or enforcement of this Consent Order.

The undersigned hereby consent to the form,
Content and entry of the within Order.

/s/ Joseph D. Petrolino, Jr.
Joseph D. Petrolino, Jr., Esq.
Attorney for Marie-Ann Greenberg, Chapter 13 Standing Trustee

/s/ Barry S. Miller
Barry S. Miller, Esq.
Law Offices of Barry S. Miller, Esq.
Attorney for Conrado Gonzalez and GaranticeSuFuturo